| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS | |
| Case number (if known): | Chapter 7 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Northern Ireland Enterprises LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA  Cork & Barrel

**3. Debtor's federal Employer Identification Number (EIN)**  82-4545811

**4. Debtor's address**

Principal place of business:
4000 E Palm Valley Blvd
Round Rock, TX 78665
Number, Street, City, State & ZIP Code

Williamson
County

Mailing address, if different from principal place of business:
12908 Schleicher
Austin, TX 78732
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  www.corkandbarrelpub.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor  Northern Ireland Enterprises LLC    Case number (*if known*) _____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   7224

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply.*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | Northern Ireland Enterprises LLC | Case number (if known) |
|---|---|---|
| | Name | |

List all cases. If more than 1, attach a separate list

Debtor _____  
District _____ When _____  
Relationship _____  
Case number, if known _____

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
Number, Street, City, State & ZIP Code

**Is the property insured?**  
☐ No  
☐ Yes. Insurance agency _____  
Contact name _____  
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:  
☐ Funds will be available for distribution to unsecured creditors.  
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000  

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
■ $500,001 - $1 million  

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion  

**16. Estimated liabilities**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

■ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion  

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

Debtor  Northern Ireland Enterprises LLC  Case number (if known) _____
     Name

### Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/01/2025
    MM / DD / YYYY

X _/signature/_  Johnathon Kudla
Signature of authorized representative of debtor  Printed name

Title  Member

**18. Signature of attorney**

X  /s/ Jay H. Ong  Date  12/1/2025
Signature of attorney for debtor  MM / DD / YYYY

Jay H. Ong, Esq. 24028756
Printed name

Munsch Hardt Kopf & Harr, P.C.
Firm name

1717 West 6th St Suite 250
Austin, TX 78703
Number, Street, City, State & ZIP Code

Contact phone  214-855-7500  Email address  jong@munsch.com

24028756 TX
Bar number and State

# NORTHERN IRELAND ENTERPRISES, LLC
**Unanimous Written Consent**

November 24, 2025

**WHEREAS**, the undersigned being all of the Class A Members (as such term is defined in the Operating Agreement defined below, the "Members") of Northern Ireland Enterprises, LLC, a Texas limited liability company (the "Company"), do hereby consent to, adopt, and approve by unanimous written consent the following resolutions in accordance with applicable law and the relevant provisions of the Amended and Restated Operating Agreement of the Company effective April 29, 2019 (as amended from time to time, the "Operating Agreement"; capitalized terms used and not defined herein are as defined in the Operating Agreement), and direct that this written consent be filed with the minutes of the Company;

**WHEREAS**, the Members have reviewed and have had the opportunity to review and analyze the liabilities and liquidity of the Company and the strategic alternatives available to the Company;

**WHEREAS**, the Members have had the opportunity to consult with the management of the Company and the legal and other advisors of the Company to fully consider, and have considered, the strategic alternatives available to the Company;

**WHEREAS**, the Members have determined that the best interests of the Company, its creditors, and other constituencies would be best served, and the value of its assets and business operations would be best served and protected, by the filing of a voluntary petition under chapter 7 of title 11 of the United States Code, herein referred to as the "Bankruptcy Code," by the Company;

**WHEREAS**, the filing by the Company of a voluntary petition under chapter 7 of the Bankruptcy Code constitutes a Fundamental Business Transaction and would require the affirmative vote of all of the Members in accordance with Section 3.11 of the Operating Agreement;

**NOW, THEREFORE**, all of the Members hereby adopt and approve the following resolutions and take the following actions:

**RESOLVED**, that in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, and other constituencies, that the Company file a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas ("Bankruptcy Court"), thereby initiating a chapter 7 case (the "Chapter 7 Case"), for and on behalf of the Company; and it is further

**RESOLVED**, that the Company, through its duly elected or appointed representative — Johnathan Kudla (the "Representative") — is authorized to (a) execute, verify and file any and all documents necessary to complete the filing of the Chapter 7 Case in the Bankruptcy Court for and on behalf of the Company, (b) appear in all bankruptcy and related proceedings relating to the

Chapter 7 Case on behalf of the Company, and (c) otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with the Chapter 7 Case; and it is further

**RESOLVED**, that the Company authorizes the Representative to designate any other person or persons willing to serve as an alternate representative in the event that the Representative is unable or unwilling to continue to serve as the Company's Representative in the Chapter 7 Case, subject to the advice of counsel and any necessary approval of the Bankruptcy Court; and it is further

**RESOLVED**, that the Company is authorized, empowered, and directed to retain the law firm of Munsch Hardt Kopf & Harr, P.C., as counsel to represent the Company in the Chapter 7 Case, subject to Bankruptcy Court approval, if applicable; and it is further

**RESOLVED**, that the Company, through the Representative, is hereby authorized, empowered and directed, in the name of and on behalf of the Company, to take all actions necessary to comply with the requirements of the Company as a debtor in its Chapter 7 Case and to execute, verify and file the necessary and proper pleadings, documents, schedules, statements, and disclosures relating to its Chapter 7 Case, including the taking of all such further action and to cause to be prepared, negotiate and execute and deliver all such further agreements, certificates, instruments and documents, in the name and on behalf of the Company as needed, in the sole opinion of the Representative, to complete the transactions authorized by this written consent; to pay or cause to be paid all fees and expenses of the Company with respect to the transactions authorized by this written consent; to take all such other actions as the Representative shall deem necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by and the intent and purposes of the foregoing resolutions; and it is further

**RESOLVED**, that any and all past actions taken by the Representative or any other officer of the Company in the name of and on behalf of the Company in furtherance of any and all of the preceding resolutions are, and the same hereby are, ratified, confirmed, and approved; and it is further

**RESOLVED**, that this written consent may be executed in as many counterparts as may be convenient or required. Any page containing the signature of a party to this written consent may be detached from a counterpart without impairing the legal effect of the signatures thereon and may thereafter be attached to another counterpart identical thereto except having attached to it pages bearing the signature of other parties. A PDF copy of the signature of the person executing this written consent shall be effective as an original signature and shall cause the facsimile copy of this written consent to be legally binding and effective as an execution counterpart hereof.

[*Signatures on following page*]

IN WITNESS WHEREOF, the undersigned being all the Class A Members of the Company, executes this written consent as of the date first set forth above.

_____
Johnathon Kudla, Class A Member

_____
Jennifer Fern Kudla, Class A Member

_____
Samuel Darlington, Class A Member

_____
Christina Darlington, Class A Member

_____
Richard Jason Moorhead, Class A Member