IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § § | Case No. 25-11889 |
| Northern Ireland Enterprises LLC | § § § | Chapter 7 |
| Debtor. | § § § | |

**CHAPTER 7 TRUSTEE'S MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT EXECUTORY LEASES PURSUANT TO 11 U.S.C. § 365(d)(1)**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, <u>903 San Jacinto Blvd., Ste. 322, Austin, TX 78701</u>. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

Ron Satija, Trustee ("Trustee"), the duly appointed trustee in this case, files this Motion to Extend Deadline to Assume or Reject Executory Lease Pursuant to 11 U.S.C. § 365(d)(1). In support thereof, the Trustee would respectfully show as follows:

1. This Chapter 7 was commenced on December 1, 2025 [Dkt. 1] by the Debtor filing its voluntary petition. Ron Satija was appointed as the Chapter 7 Trustee.

2. 11 U.S.C. § 365(d)(1) provides in pertinent part:

> (d)(1) In a case under chapter 7 of this title, if the trustee does not assume or reject an executory contract or unexpired lease of residential real property or of personal property of the debtor within 60 days after the order for relief, or within such additional time as the court, for cause, within such 60-day period, fixes, then such contract or lease is deemed rejected.

3. The deadline for assuming or rejecting executory contracts is January 30, 2026.

4. The Trustee believes cause exists to extend the deadline to assume or reject executory contracts by sixty (60) days for the following reasons. The Debtor filed its schedules on December 12, 2025 and disclosed that it has two executory contracts with Ryan Sanders Sports Services LLC ("SP3) an entity whose managing member is also a founder and the CEO of the Debtor. SP3 is listed the holder of an unsecured claim against the debtor in the amount of $222,518.31. The Debtor provided the two written agreements to the Trustee: a *Service Mark License Agreement*, requiring variable payments from SP3 to the Debtor based upon the financial performance of a restaurant owned by SP3 and a *Food and Beverage Sales and Service Licensing Agreement* requiring variable payments from the Debtor to SP3 in connection with SP3's management of Debtor's restaurant. The Trustee learned of a third oral licensing agreement between the same two entities pursuant to which the Debtor has been earning royalties. The Trustee needs to obtain or conduct an accounting and determine a status of these contracts. This may require the services of an accountant and may require additional time.

5. The Debtor also listed in its schedules over 300 line items of furniture, fixtures and equipment with some line items consisting of multiple items. The Trustee needs to conduct the necessary diligence to determine whether any of these items are leased because the Trustee intends to sell the Debtor's FFE. If any items are leased, the Trustee may need to quantify and address any defaults and assume and assign such leases.

6. The Christmas and New Year holidays occur within the initial 60 days of this case which can expect to introduce some delay.

7. The Trustee expects it may take up to an additional 60 days to complete his diligence into these matters.

WHEREFORE PREMISES CONSIDERED, Ron Satija, Chapter 7 Trustee, prays that the Court enter an order extending the deadline to assume and reject executory contracts under section 365(d)(1) by sixty days to March 31, 2026; and granting such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Stephen A. Roberts*
Stephen A. Roberts
Tx Bar Number 17019200
2701 Wooldridge Dr.
Austin, TX 78703
(512) 431-7337
sroberts@srobertslawfirm.com
Counsel for Ron Satija, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 29, 2025, this pleadings was served via CM/ECF to all parties to the parties listed on the attached matrix, including the trustee, the U.S. Trustee, the debtor and all parties who have requested notice.

*/s/ Stephen A. Roberts*
Stephen A. Roberts

**SERVED ELECTRONICALLY VIA CM/ECF**

Ron Satija
Chapter 7 Trustee
PO Box 660208
Austin, TX 78766


United States Trustee -AU12
903 San Jacinto, Suite 230
Austin, TX 78701


Northern Ireland Enterprises LLC
c/o Jay Ong
Munsch Hardt Kopf & Harr, PC
1717 West 6th St, Suite 250
Austin, TX 78703


Julie Anne Parsons
McCreary, Veselka, Bragg, & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680


Aaron Kaufman
Gray Reed
1601 Elm Street
Suite 4600
Dallas Texas 75201


Steven Bass
United States Attorneys Office
903 San Jacinto Blvd, Suite 334
Austin, TX 78701