

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 26, 2026.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 25-11889 |
| | § | |
| Northern Ireland Enterprises LLC | § | Chapter 7 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT EXECUTORY LEASES PURSUANT TO 11 U.S.C. § 365(d)(1)

CAME ON FOR CONSIDERATION the Motion to Extend Deadline to Assume or Reject Executory Lease Pursuant to 11 U.S.C. § 365(d)(1) [Docket 22] (the "Motion") filed on behalf of Ron Satija, in his capacity as Chapter 7 trustee of the estate of Northern Ireland Enterprises LLC. After considering the Motion, the Court finds cause exists to grant the Motion. Accordingly, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the deadline for the Chapter 7 Trustee to move to assume or reject executory contracts is extended by sixty (60) days to March 31, 2026.

# # #