**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Case No. 25-11889 |
| Northern Ireland Enterprises LLC | § § § | Chapter 7 |
| Debtor. | § § | |

**NOTICE OF BID PROCEDURES, BID DEADLINES, AUCTION AND**
**HEARING IN CONNECTION WITH THE SALE OF PROPERTY**

PLEASE TAKE NOTICE:

1. On December 1, 2025 (the "Petition Date"), Northern Ireland Enterprises LLC ("Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas -Austin Division (the "Bankruptcy Court") and Ron Satija was appointed to serve as Trustee.

2. The Debtor is the owner of a Cork and Barrel, a vacant craft kitchen and microbrewery, consisting of a 9,1812 +/- square foot restaurant building, together with fixtures attached thereto, on a 3.268 +/- tract of land at 4000 E Palm Valley Rd, Round Rock, Williamson County, Texas 78655, WCAD Parcel Number R546827, LSAR File 7990c.cpg/bs, (the "Property"). The Property became property of the bankruptcy estate upon the Debtor's filing its voluntary petition, initiating this case.

3. The Trustee intends to sell the Property in accordance with certain procedures. On January 27, 2026, the Bankruptcy Court entered an Order [Dkt # 42] approving the *Trustee's Bidding and Sale Procedures.*

4. All interested parties are invited to submit a bid and to make offers to purchase the Property in accordance with the terms of the *Trustee's Bidding and Sale Procedures.*

5. **The *Trustee's Bidding and Sale Procedures* are attached as Exhibit A**. Interested parties are advised to read the *Trustee's Bidding and Sale Procedures* carefully as they contain the requirements for "Qualified Bidders" and "Qualified Bids" and detailed information about the process.

6. **The deadline to submit bids (the "Bid Deadline") is March 11, 2026, at 4:00 p.m. Central Time.**

7. The sales process is being managed by Hilco Real Estate LLC ("Hilco"), as agent for the Trustee. Hilco has set up an electronic data room for the benefit of Qualified Bidders. Access to

the data room is governed by the *Trustee's Bidding and Sale Procedures.* Any party who desires to obtain information on the Property or who wishes to gain access to the data room or to visit the Property should contact Stephen Madura (smadura@hilcoglobal.com), Benjamin Zaslav (bzaslav@hilcoglobal.com), or Micheal Kneifel (mkneifel@hilcoglobal.com) of Hilco.

8.  If the Trustee timely receives more than one Qualified Bid, the Trustee intends to conduct an **Auction** for the sale of the Property on **March 17, 2026, at 11:00 a.m.** (Central Time) at the offices of Ron Satija, Trustee, 7600 Burnet Rd, Ste. 530, Austin TX 78757, at or at such other place and time as the Trustee shall notify all Qualified Bidders who have submitted Qualified Bids. Qualified Bidders may attend remotely.

9.  **A hearing to approve the sale of the Property will be held on March 24, 2026 (Central Time)** before the Honorable Shad Robinson, United States Bankruptcy Judge via Zoom at https://www.zoomgov.com/my/robinson.txwb or call 669-254-5252. Meeting ID: 161 0862 5245.

10.  The deadlines and procedures in the attached *Trustee's Bidding and Sale Procedures* are subject to orders of the Court and the United States Bankruptcy Code *and are subject to change.* Interested parties should contact Hilco for updated information. The pleadings and court orders filed in this case are are available for a fee via PACER by visiting http://ecf.txsb.uscourts.gov and are on file with the Bankruptcy Court and available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Western District of Texas, Homer J. Thornberry Federal Judicial Bldg., 903 San Jacinto Blvd., Austin, Texas 78701.

# # #

Ron Satija, Chapter 7 Trustee

By /s/ *Stephen A. Roberts*
    Stephen A. Roberts
    Tx Bar No. 17019200
    2701 Wooldridge Dr.
    Austin, TX 78703
    (512) 431-7337
    sroberts@srobertslawfirm.com
    Counsel for Trustee

## CERTIFICATE OF SERVICE

      The undersigned certifies that on March 2, 2026, this pleading was served via CM/ECF or by U.S. First Class mail to the parties listed on the attached service list, including the trustee, the U.S. Trustee, the debtor, and all parties who have requested notice.

                                            */s/ Stephen A. Roberts*
                                            Stephen A. Roberts

**SERVED ELECTRONICALLY VIA CM/ECF**

Ron Satija
Chapter 7 Trustee
PO Box 660208
Austin, TX 78766


United States Trustee -AU12
903 San Jacinto, Suite 230
Austin, TX 78701


Northern Ireland Enterprises LLC
c/o Jay Ong
Munsch Hardt Kopf & Harr, PC
1717 West 6th St, Suite 250
Austin, TX 78703


Julie Anne Parsons
McCreary, Veselka, Bragg, & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680


Aaron Kaufman
Gray Reed
1601 Elm Street
Suite 4600
Dallas Texas 75201


Steven Bass
United States Attorneys Office
903 San Jacinto Blvd, Suite 334
Austin, TX 78701

**SERVED VIA FIRST CLASS U.S. MAIL**

Northern Ireland Enterprises LLC
12908 Schleicher Trl
Austin, TX 78732

Alpha Mechanical Services
409 Bellaire Oaks Dr
Pflugerville, TX 78660

Alsco Inc. - Austin
449 Vista Ridge Dr
Kyle, TX 78640

AMCF, LLC
c/o Ryan Therrell
1408 Hidden Glen Dr
Round Rock, TX 78681

Anna Panossian
1702 Canyon Edge Dr
Austin, TX 78733

Caprock Business Finance Corporation
PO Box 3730
Freedom Station
Lubbock, TX 79452-3730

Carl Miller
400 Whitetail Lane
Hutto Texas 78634

Carr Development, Inc.
5121 Bee Caves Rd
Austin, TX 78746

Cean Embrey
211 Valley Oaks Loop
Georgetown, TX 78626

Christina Darlington
109 River Valley Dr
Georgetown, TX 78626-3800

City Bank
8009 University Ave

Lubbock, TX 79423

City Bank
Attn: David Jones
529 City Bank Parkway
Lubbock, TX 79407

City of Round Rock Utility Dept
221 E. Main St.
Round Rock, TX 78664-5299

Craig Smith
2019 W Orangewood Dr
Orange, CA 92868

Deike's Copier, Inc.
12307 Roxie Dr Ste 105
Austin, TX 78729

Department of Treasury
Internal Revenue Service
Austin, TX 73301-0014

Everett Monroe
5813 114th St
Lubbock, TX 79424

Jennifer Kudla
12908 Schleicher Trail
Austin, TX 78732

JM Electric Engineering, Inc.
PO Box 397
Round Rock, TX 78665

Jon Sturman
986 CR 103
Georgetown, TX 78626

Julie Lepine
3909 Obsidian Ln
Round Rock, TX 78681

Karen Reilly

7 Fox Hunt Court
Far Hills, NJ 07931

Kim Paper Janitorial Supply
2251 Picadilly Dr, Ste 8260
Round Rock, TX 78664

Matt Staelens
6763 Larkspur Ln
Saukville, WI 53080

Michael Reilly
713 McMurray Dr
Nashville, TN 37211

Mr. Greens
2311 W Rundberg Ln #120
Austin, TX 78758

Mullin Hoard Brown LLP
Attn: Michael Hicks
1500 Broadway Suite 700
Lubbock, TX 79401

Pye-Barker Fire & Safety, LLC
PO Box 735358
Dallas, TX 75373-5358

Rabb Ventures, LLC
c/o Cary Rabb
4320 West State Highway 29
Georgetown Texas 78628

Raymond Gignac
416 Starr St
Corpus Christi, TX 78401

Republic Services
PO Box 78829
Phoenix, AZ 85062

Richard Moorhead
8901 Geranium Cove
Austin, TX 78738

Ricky Stuart
PO Box 1690
Weatherford, TX 76086


RRE Investors, LLC
3400 E Palm Valley Blvd
Round Rock, TX 78665


Russell Langbein CPA, PC
2955 Dawn Dr Suite 102
Georgetown, TX 78628


Ryan Sanders Sports Services LLC
3400 E Palm Valley Blvd
Round Rock, TX 78665


Samuel Darlington
700 County Road 105
Hutto, TX 78634


Scott Thompson
12910 Schleicher Trail
Austin, TX 78732


Steve Dest
1893 CR 103
Georgetown, TX 78626


Texas Alcoholic Beverage Commission
P.O. Box 13127
Austin, TX 78711


Texas Comptroller of Public Accounts
PO Box 13528
Austin, TX 78711


Tiffany Sturman
986 CR 103
Georgetown, TX 78626


TPX Communications
PO Box 509013
San Diego, CA 92150

TSR Trust
c/o Sherri & Tim Reames
7909 Aria Loop Bldg 5
Austin, TX 78736


TXU Energy Retail Company LP
c/o Bankruptcy Department
P. O. Box 650639
Dallas, TX 75265-0393


United States Attorneys Office
903 San Jacinto Blvd
Austin, TX 78701


U.S. Small Business Administration (SBA)
Lubbock District Office
1205 Texas Ave Room 408
Lubbock, TX 79401


Versacor Managed Pest Solutions
PO Box 93809
Southlake, TX 76092


W. Robert Coleman
112 Ivy Brooks Dr
Madison, MS 39110


WAS LLC
PO Box 1847
Kodiak, AK 99615

Williamson County Tax Assessor Larry Gaddes,
Tax Assessor-Collector
904 S Main St
Georgetown,